```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

         OCT 29 2012

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 2:12-CR-00391-LDG-VCF |
| MARISSA LAPID, | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on **October 29, 2012**, defendant MARISSA LAPID pled guilty to Counts One and Two of a Two-Count Criminal Information charging her in Count One with Bulk Cash Smuggling in violation of Title 31, United States Code, Section 5332(a)(1) and in Count Two with Conspiracy to Structure Transactions with Intent to Evade Reporting Requirements in violation of Title 31, United States Code, Section 5324(a)(3) and Title 18, United States Code, Section 371.

This Court finds defendant MARISSA LAPID agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Information and the Plea Agreement.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and agreed to in the Plea Agreement and the offenses to which defendant MARISSA LAPID pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 31, United States Code,
2  Sections 5317(c)(1) and 5332(b)(2); and Title 21, United States Code, Section 853(p):
3    a.  $40,000.00 in United States Currency; and
4    b.  an *in personam* criminal forfeiture money judgment of $159,700.00 in United
5  States Currency ("property").
6  This Court finds the United States of America is now entitled to, and should, reduce the
7  aforementioned property to the possession of the United States of America.
8  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
9  the United States of America should seize the aforementioned property.
10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
11  of MARISSA LAPID in the aforementioned property is forfeited and is vested in the United
12  States of America and shall be safely held by the United States of America until further order of
13  the Court.
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
15  America shall publish for at least thirty (30) consecutive days on the official internet government
16  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
17  property, state the time under the applicable statute when a petition contesting the forfeiture must
18  be filed, and state the name and contact information for the government attorney to be served
19  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,
20  Section 853(n)(2).
21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
22  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
24  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
25  the following address at the time of filing:
26  . . .

1   Michael A. Humphreys
    Assistant United States Attorney
2   Daniel D. Hollingsworth
    Assistant United States Attorney
3   Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
4   Las Vegas, Nevada 89101

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

6   herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

7   agency following publication of notice of seizure and intent to administratively forfeit the above-

8   described property.

9   DATED this 29 day of October, 2012.

          _____
          UNITED STATES DISTRICT JUDGE