**SEALED**

Michael L. Mascarello
The Bach Law Firm
6053 S. Fort Apache Road, Suite 130
Las Vegas, NV 89148
Phone: 702-425-3723
Fax: 702-925-8788

Eliot F. Krieger
Jarvis, Krieger & Sullivan
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Phone: 562-597-7070
Fax: 562-597-7772

Counsel for Defendant Marissa Tadeo Lapid

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, Plaintiff, | Case No. 2:12-cr-00391-LDG-VCF |
|---|---|
| v. | **DEFENDANT'S WAIVER OF FED. RULE CRIM. PRO 32(e)(2)** |
| Marissa Tadeo Lapid, Defendant. | Under Seal |

Federal Rule of Criminal Procedure 32 (e) (2) states that "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period."

1

The defendant Marissa Tadeo Lapid through her attorney, hereby waives the minimum period as stated in Fed. R. Crim. P. 32(e)(2).

DATED: November 2, 2012.

          THE BACH LAW FIRM

          */s/ Michael L. Mascarello*
          Michael L. Mascarello

          JARVIS, KRIEGER & SULLIVAN

          */s/ Eliot F. Krieger*
          Eliot F. Krieger
          Counsel for
          Defendant Marissa Tadeo Lapid

IT IS SO ORDERED.

DATED this 5 day of November 2012.

          _____
          HONORABLE LLOYD D. GEORGE
          UNITED STATES DISTRICT JUDGE