

# SEALED

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Marissa Lapid,<br>Defendant. | Case No. 2:12-cr-00391-LDG-VCF<br><br>**Order Granting Motion to Modify Conditions of Defendant's Pre-trial Release**<br>(UNDER SEAL) |

Having considered defendant's motion, the law and the facts, and good cause appearing, it is hereby:

ORDERED that defendant's conditions of pre-trial release be modified to allow her to travel to the Philippines from December 20, 2012 to January 19, 2013; it is further

ORDERED that the sentencing date of December 13, 2012 at 9:00 a.m. be continued until February 4, 2013 at 11:00a.m to allow U.S. Probation additional time to complete its pre-sentence report; it is further

ORDERED that if defendant does not return to the District of Nevada by January 19, 2013, the following shall occur, regardless of the reason why she has not returned to the U.S.:

1. The documents in the above-captioned case shall be unsealed. This unsealing shall automatically occur unless the United States, in its sole discretion, moves to not unseal these documents.

2. The United States shall be released from its obligations under the First Supplemental Plea Agreement as contained in the October 16, 2012 letter (Dkt #31), such that it may, if it chooses, prosecute defendant and her family members for the events described therein. The Court finds that defendant has affirmed that in such case, she

4

has received sufficient consideration such that the remainder of the plea agreement remains valid. The Court also finds that defendant has also affirmed that, in such case, she may not withdraw from her guilty plea.

3. Before December 20, 2012, defendant shall tender to the United States $149,700 to be forfeited. If the United States deems it necessary, defendant shall also make whatever additional written waiver before she leaves for the $50,000 that is currently seized. If defendant does not return to the District of Nevada by January 19, 2013, the entire $199,700 ($149,700 plus $50,000) shall be retained by the United States as a penalty.

4. Currently, Ms. Lapid's pre-trial release is secured by a bond which is, in turn, secured by the residence located at 2055 South Buffalo Dr., Las Vegas, NV 89117-2029. This bond shall remain in effect to secure defendant's return and other conditions of her pre-trial release. If defendant does not return to the District of Nevada by January 19, 2013, this home may, in the United States' sole discretion, be forfeited.

### Findings of Fact

Based on the pending motion of defendant, and good cause appearing therefore, the Court finds that:

1. Defendant has agreed that if the United States chooses to extradite defendant, she will not assert any defenses to extradition.

2. Defendant has waived any and all of her rights to not be extradited.

Dated this 28 day of November, 2012.

_____
United States District Court Judge
LLOYD D. GEORGE

5