SEALED

DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6518
Facsimile: 702-388-6336
Counsel for the United States of America

2013 JAN -3  A II: 14

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-CR-391-LDG-(VCF) |
| v. | |
| MARISSA LAPID, | |
| Defendant. | |

### UNITED STATES' MOTION FOR COPY OF DOCKET SHEET AND MINUTES OF PROCEEDINGS

COMES NOW the United States of America, by and through the United States Attorney for the District of Nevada, and moves this Court to order the court clerk to provide the United States Attorney's Office with a copy of the docket sheet, including the minute entry of the proceedings of October 29, 2012.

In this case, the defendant, Marissa Lapid, pled guilty to a Two-Count Criminal Information charging her in Count One with Bulk Cash Smuggling in violation of Title 31, United States Code, Section 5332(a)(1) and (b) and in Count Two with Conspiracy to Structure Transactions with Intent to Evade Reporting Requirements in violation of Title 31, United States Code, Section 5324(a)(3). Criminal Information, ECF No. 28.

. . .

. . .

At the time, the defendant agreed to forfeit $40,000.00 in United States Currency and an *in personam* criminal forfeiture money judgment in the amount of $159,700.00 in United States Currency. Plea Agreement Under Fed. R. Crim. P. 11(c)(1)(A) and (B), ECF No. 30; Letter Plea Agreement, ECF No. 31; Second Supplemental Plea Agreement Under Fed. R. Crim. P. 11(c)(1)(A) and (B), ECF No. 32.

On October 29, 2012, pursuant to the defendant's agreement, the Court signed a Preliminary Order of Forfeiture, ordering the defendant to forfeit $40,000.00 in United States Currency and also an *in personam* criminal forfeiture money judgment in the amount of $159,700.00. Preliminary Order of Forfeiture, ECF No. 33.

The undersigned is handling the forfeiture aspects of this case on behalf of the United States Attorney's Office. Apparently, instead of delivering a cashier's check payable to the appropriate federal agency in the amount of $149,700.00 (the amount of the forfeiture was lowered by $10,000.00 due to a prior payment), defendant's counsel delivered a check to the Court Clerk. See attached Exhibit A, Copy of Receipt.

Recently, the clerk's office indicated that it will require a court order directing the clerk to provide the United States Attorney's Office with a copy of the docket sheet in this matter, including the minutes of the proceedings of October 29, 2012.

A copy of the docket sheet including the minutes of the proceedings of October 29, 2012, is needed for the United States Attorney's Office to determine whether the check tendered by the defendant to the clerk was pursuant to the court's verbal order, contrary to the Preliminary Order of Forfeiture; whether it was meant as restitution or a fine and the forfeiture amount is still due and owing; or if there was a misunderstanding as to the satisfaction of the forfeiture order.

. . .
. . .
. . .
. . .
. . .

2

WHEREFORE, the United States requests that its motion be granted in its entirety and that the court clerk be directed to, forthwith, provide the undersigned with a copy of the court's docket sheet, including the minutes of the proceedings of October 29, 2012.

DATED this 3rd day of January 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8 Jan 2013

3