1
2
3
4
5
6
7
8
9
10
11
12

# SEALED

13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2013 FEB -4 P 2:19

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-00391-LDG-(VCF) |
| ) | |
| MARISSA LAPID, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT MARISSA LAPID

On October 29, 2012, the Judge signed a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 31, United States Code, Sections 5317(c)(1) and 5332(b)(2); and Title 21, United States Code, Section 853(p) forfeiting property of defendant MARISSA LAPID to the United States of America. Criminal Information, ECF No. 28; Plea Memorandum, ECF No.30; Supplemental Letter Agreement, ECF No. 31; Second Supplemental Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MARISSA LAPID.

DATED this ____ day of _____, 20__

_____
UNITED STATES DISTRICT JUDGE