DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Michael.Humphreys@usdoj.gov
Counsel for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:12-CR-391(LDG)(VCF) |
| v. | ) |
| MARISSA LAPID, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO AMEND
ORDER ISSUED AT DEFENDANT'S CHANGE
OF PLEA HEARING TO PAY FORFEITURE
JUDGMENT TO THE CUSTOMS AND BORDER PROTECTION
DIVISION OF THE DEPARTMENT OF HOMELAND SECURITY**

On October 29, 2012, defendant, Marissa Lapid, was indicted on one count of bulk cash smuggling, in violation of 31 U.S.C. § 5332 and one count of conspiracy to structure transactions with the intent to evade reporting requirements in violation of 31 U.S.C. § 5324(a)(3). At her change of plea hearing that occurred on October 29, 2012, the defendant pled guilty to both counts of the indictment. This Court also entered a preliminary order of forfeiture against the defendant at that hearing. That preliminary

order of forfeiture ordered the defendant to forfeit $40,000.00 in United States currency and also imposed a forfeiture money judgment against the defendant in the amount of $159,700.00, pursuant to 31 U.S.C. §§5317(c)(1) and 5332(b)(2).  (The defendant had agreed to the forfeiture amounts in her signed plea agreement with the United States.)

At her change of plea hearing, the defendant requested that she be permitted to pay the forfeiture judgment of $159,700.00 prior to sentencing, and this Court granted that request.

Court Clerk records indicate that on November 6, 2012, the defendant paid the $159,700.00 forfeiture judgment with a check that she gave to the Clerk of this Court. That check has been deposited into the registry of this Court.

The Immigrations and Customs Enforcement, Homeland Security Investigations is the federal agency that sponsored this criminal investigation; and it is the agency that should receive the proceeds that have been ordered forfeited by the Court so that those funds can be deposited into the appropriate Treasury Asset Forfeiture Fund account.  A check to receive these funds should be made payable to the Department of Homeland Security, Customs and Border Protection which processes forfeitures for Homeland Security Investigations.

Because the defendant has deposited this money with the registry of the Court, in satisfaction of the forfeiture judgment entered against her, she has no interest or stake in where the money is directed within the federal government.  (In any event, a copy of this motion has been served on defendant's counsel.)

If this Court does not order the payment of the forfeiture judgement to the Customs and Border Patrol, the money will remain in the registry of this Court, *ad infinitum,* rather

than in the United States Department of Treasury Asset Forfeiture Fund where it should be deposited.

For all of the foregoing reasons, the United States asks that this Court order that the Clerk of this Court, pay $159,700.00, drawn on the Clerk's Registry and made payable to Customs and Border Protection.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

**PROOF OF SERVICE**

I, Ray Southwick, certify that on February 8, 2013, the foregoing Government's Motion to Amend the Preliminary Order of Forfeiturewas served on Defendant's Counsel by the below identified method of service:

U.S. Mail

Michael Mascarello
The Bach Law Firm
6053 South Forth Apache Rd.
Suite 130
Las Vegas, NV
89148

/s/ Ray Southwick
Ray Southwick

ORDER

IT IS SO ORDERED.
DATED this __11__ day of February, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

3