# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-391-LDG-(VCF) |
| ) | |
| MARISSA LAPID, ) | |
| ) | |
| Defendant. ) | |

# FINAL ORDER OF FORFEITURE

On October 30, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 31, United States Code, Sections 5317(c)(1) and 5332(b)(2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant MARISSA LAPID to criminal offenses, forfeiting specific property alleged in the Information and agreed to in the Second Supplemental Plea Agreement and shown by the United States to have a requisite nexus to the offense to which defendant MARISSA LAPID pled guilty. Information, ECF No. 28; Second Supplemental Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33; Minutes of Change of Plea Proceedings, ECF No. 34.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 4, 2013, though February 2, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 52.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 31, United States Code, Sections 5317(c)(1) and 5332(b)(2); Title 21, United States
9  Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
10 according to law:

11  a. $40,000.00 in United States Currency; and

12  b. an in personam criminal forfeiture money judgment of $159,700.00 in United States
13  Currency.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
15  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
16  any income derived as a result of the United States of America's management of any property forfeited
17  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

18  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
19  certified copies to the United States Attorney's Office.

20  DATED this ___26___ day of ___MARCH___, 2013.

21
22  _____
    UNITED STATES DISTRICT JUDGE

2